**DENY and Opinion Filed September 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00958-CV**

## IN RE STILLWATER ABBOTT DEVELOPMENT, LLC, Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07653**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Garcia
Opinion by Justice Pedersen, III

In this original proceeding, relator seeks a writ of mandamus directing the trial court to vacate its order compelling the deposition of relator's corporate representative and to enter a protective order. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing relator's petition and record, we conclude relator has not shown it is entitled to mandamus relief.

Accordingly, we deny the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

220958f.p05

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE